M. Katzman, appellee, v. M. A. Hotchkiss et al., on appeal of M. A. Hotchkiss, appellant. Gen. No. 27,599.

Action for damage to plaintiff's automobile when an automobile driven by one of the defendants was struck by the other defendant's street car, causing it to collide with plaintiff's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Greenway, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922,

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. James J. Danaher, for appellee.

Mr. Justice Dever delivered the opinion of the court.